IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01319-WDM-MJW

SANDRA MOSHER,

    Plaintiff,

v.

HOME DEPOT, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Upon notification that this case has settled, all pending motions are denied as moot.

Dated:  January 19, 2007

                                          s/ Jane Trexler, Judicial Assistant