IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01319-WDM-MJW

SANDRA MOSHER,

    Plaintiff,

v.

HOME DEPOT, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's "Withdrawal of Motion . . ." is granted; all motions are now moot.

Dated:  May 22, 2007

                                                s/ Jane Trexler, Judicial Assistant